LAW OFFICES OF SCOTT Z. ZIMMERMANN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EDWARD SIMON, DC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHWAYS, INC., a Delaware corporation; HEALTHWAYS WHOLEHEALTH NETWORKS, INC,, a Delaware corporation; MEDVERSANT TECHOLOGIES, L.L.C., a California limited liability company; and DOES 1 through 1,000, inclusive,<br><br>Defendants. | Case No. 2:14-cv-08022-BRO (JCx)<br><br>**Judge Beverly Reid O'Connell**<br><br>**CLASS ACTION**<br><br>**Order on Stipulation for Protective Order** |

Having read and considered the parties' Revised Stipulated Protective Order, and for good cause therefore, the Court enters the Revised Stipulated Protective Order as an order of the Court.

DATED: April 7, 2015

                              /s/ Jacqueline Chooljian
                              Hon. Jacqueline Chooljian
                              United States District Magistrate Judge