LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-08022-BRO (JCx) | Date | October 23, 2015 |
|---|---|---|---|
| Title | EDWARD SIMON, DC, ET AL. V. HEALTHWAYS, INC., ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: JOINT EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL

Pending before the Court is a jointly filed ex parte application to file documents under seal. (Dkt. No. 64.) In the application, both parties ask the Court to seal various exhibits and declarations submitted by Defendants Medversant Technologies LLC, Healthways, Inc., and Healthways WholeHealth Networks, Inc. (collectively, "Defendants"). (Dkt. No. 64.) Defendants contend that the documents qualify for protection under Federal Rule of Civil Procedure 26(c). (*See* Dkt. No. 64 at 1.)

The Court notes that there is a strong presumption of access to documents in civil cases. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). When a party requests that confidential court records be filed under seal, "a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal." C.D. Cal. L.R. 79-5.1.[1] "The proposed order shall address the sealing of the application and order . . . ." *Id.* Pursuant to Section 7 of this Court's Standing Order regarding filings under seal, for each document or other information parties seek to protect, "the party seeking protection must identify and discuss the factual or legal justification for the Court to find 'good cause' or 'compelling reasons,' as appropriate, that such document or type of information should be protected." (Dkt. No. 10.) "Sealing must be justified for *each individual item* to be sealed or redacted; blanket claims of confidentiality are not allowed and will result in a denial of the application to seal." (Dkt. No. 10.)

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-08022-BRO (JCx) | Date | October 23, 2015 |
|---|---|---|---|
| Title | EDWARD SIMON, DC, ET AL. V. HEALTHWAYS, INC., ET AL. | | |

    In the present application, the parties provide no explanation as to why the information they seek to protect is confidential. For example, the parties make conclusory statements, such as "Healthways contends that these are confidential, including to the extent that they identify which provider groups faxes were sent." (Dkt. No. 64 at 4.) The parties also ask the Court to seal entire documents, but provide no explanation as to why certain facts contained within those documents, such as dates, are confidential. Additionally, the parties conclusively state that certain exhibits are trade secrets, but they provide no explanation to support that purported fact. (*See, e.g.*, Dkt. No. 64 at 4.) Under this Court's Standing Order cited above, these blanket claims of confidentiality are insufficient to warrant an order sealing the documents.

    Accordingly, the parties are **ORDERED TO SHOW CAUSE** as to why the Court should not deny the application for lack of explanations. **The parties' response to this Order shall be filed by no later than Friday, October 30, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating why the specific information within each document is confidential. Also, to the extent the parties claim that entire documents are confidential, the parties should explain why they are confidential in their entirety.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |