Law Offices of Scott Z. Zimmermann
Scott Z. Zimmermann, SBN 78694
szimm@zkcf.com
777 S. Figueroa Street, Suite 4000
Los Angeles, California 90017
Telephone: (213) 452-6509
Facsimile: (213) 622-2171

Attorney for Plaintiff Edward Simon, DC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD SIMON, DC, *et al.*, | Case No.: LACV14-8022 BRO (JCx) |
| Plaintiffs, | Hon. Beverly Reid O'Connell |
| v. | **NOTICE OF SETTLEMENT** |
| HEALTHWAYS, INC., a Delaware corporation, HEALTHWAYS WHOLEHEALTH NETWORKS, INC., a Delaware corporation; and MEDVERSANT TECHNOLOGIES, L.L.C., a California limited liability company, | |
| Defendants. | |

The parties, by and through their respective attorneys, respectfully advise the Court that they have reached agreement to resolve this action without the need for a trial or any other further proceedings. The parties currently are in the process of documenting and executing their agreements, and anticipate filing shortly a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(1)(a)(ii) and a proposed Order.

Accordingly, the parties respectfully suggest that the Court: (a) take the jury trial currently set for May 3, 2016 at 8:30 a.m. (Dkt.. No. 199) off calendar; (b) vacate the

1

2432724.1

1  April 27, 2016 deadline for the filing of Joint Deposition Designations (Dkt. No. 195);
2  and (3) set a status conference in the case on or after May 13, 2016.
3
4  Dated: April 26, 2016
5  Respectfully submitted,
6
7  PLAINTIFF EDWARD SIMON, DC

   DEFENDANTS HEALTHWAYS, INC.
   and HEALTHWAYS WHOLEHEALTH
8  NETWORKS, INC.

   By: s/ Scott Z. Zimmermann
9         His attorney

   By: David C. Layden
10        One of their attorneys

   Scott Z. Zimmermann
11 Law Offices of Scott Z. Zimmermann
   601 S. Figueroa Street, Suite 2610       Kenneth K. Lee
12 Los Angeles, California 90017            Christina Avedissian
                                            Alexander M. Smith
13                                          Jenner & Block LLP
                                            633 W. 5th Street, Suite 3600
14                                          Los Angeles, CA  90071
15
16                                          David C. Layden
                                            Jenner & Block LLP
17                                          353 N. Clark St.
                                            Chicago, IL 60654
18
19
20 DEFENDANT MEDVERSANT
   TECHNOLOGIES, L.L.C.
21
22 By: Tanya L. Forsheit
23       One of its attorneys
24 Tanya L. Forsheit
   Daniel M. Goldberg
25 Baker & Hostetler LLP
26 11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA  90025
27
28

2432724.1