1
2
3
4
5
6                  **UNITED STATES DISTRICT COURT**
7                  **CENTRAL DISTRICT OF CALIFORNIA**
8                     **WESTERN DIVISION**
9

| | |
|---|---|
| EDWARD SIMON, DC, et al., | Case No.: LA CV 14-8022 BRO (JCx) |
|     Plaintiffs, | |
| v. | **ORDER ON STIPULATION OF DISMISSAL** |
| HEALTHWAYS, INC., a Delaware corporation, HEALTHWAYS WHOLEHEALTH NETWORKS, INC., a Delaware corporation; and MEDVERSANT TECHNOLOGIES, L.L.C., a California limited liability company, | |
|     Defendants. | |

      Pursuant to the Stipulation of Dismissal filed by Plaintiff Edward Simon, DC and Defendants Healthways, Inc., Healthways WholeHealth Networks, Inc. and Medversant Technologies, L.L.C., the Court hereby enters the parties' Stipulation and ORDERS that Dr. Simon's individual claims are dismissed with prejudice, and the claims of the other members of the putative class are dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

      IT IS SO ORDERED.

DATED:  May 3, 2016

                               HON. BEVERLY REID O'CONNELL
                               United States District Judge